UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 2:22-cr-118-SPC-NPM

STEVEN DEWAYNE BARNES, JR.

_____

## PRELIMINARY ORDER OF FORFEITURE

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 77). Following a bench trial, the defendant was found guilty of being a convicted felon in possession of a firearm. The Government now seeks a preliminary order forfeiting his interest in a Smith and Wesson firearm with an obliterated serial number. *See* 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c); Fed. R. Crim. P. 32.2(b)(2). In so moving, the Government has connected the Smith and Wesson firearm with an obliterated serial number to the adjudicated offense. The Court thus finds the United States is entitled to possession of the Smith and Wesson firearm with an obliterated serial number. Accordingly, it is now

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 77) is **GRANTED**.

1. Defendant's interest in a Smith and Wesson firearm with an obliterated serial number is **CONDEMNED** and **FORFEITED** to the United

States for disposition according to law and subject to 21 U.S.C. § 853(n), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

2. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on August 9, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record